

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARY E. BURDO,

                              Plaintiff,                      05 Civ. 6117 (GBD)

       -against-                                    MEMORANDUM OPINION
                                                                                & ORDER

PITNEY BOWES, INC.,

                              Defendant.
------------------------------------------------------------x
DANIELS, DISTRICT JUDGE.

       For the reasons stated on the record on December 13, 2005, defendant's motion to partially dismiss counts one through eight of plaintiff's complaint is granted.

       Plaintiff's pre-December 27, 2003 claims of sex/gender discrimination, age discrimination, and retaliation under Title VII of the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1967 are dismissed. Plaintiff's pre-June 30, 2002 claims of willful compensation discrimination under the Equal Pay Act are dismissed.

       Plaintiff's pre-June 30, 2002 claims of sex/gender discrimination, age discrimination, and retaliation under the New York State Human Rights Law are dismissed.

       Plaintiff is granted leave to amend the complaint within thirty days.

Dated: New York, New York
       December 13, 2005                                            SO ORDERED:

                                                                              GEORGE B. DANIELS
                                                                              United States District Judge